65 F.3d 163
 Penn America Insurance Company
v.
Nicholas Perella, Esq., Picco, Mack, Herbert, Kennedy, Jaffe
and Yoskin, Alfred D. Dimiero, Esq., Brian Mahoney, Esq.,
Young, Tarshis, Dimiero & Sayovitz, John J. Kane, Esq.,
Lynch, Martin, Philibosian & Chansky, Roberta Himowitz, New
Jersey Manufacturers Insurance Company
 NO. 94-5709
 United States Court of Appeals,
Third Circuit.
 July 28, 1995
 
 Appeal From: D.N.J., No. 92-cv-03700,
 Brown, J.
 
 
 1
 AFFIRMED.